UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5949 PA (AGRx) | Date | January 26, 2023 |
|---|---|---|---|
| Title | Elat Supermarket, et al v. United States of America, Department of Agriculture Food and Nutrition Service | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Kamilla Sali-Suleyman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**      IN CHAMBERS — COURT ORDER

On January 6, 2023, the Court issued an Order in which it required plaintiffs Elat Supermarket, Keyvan Novinbakht, Farhad Kamani, and Faramarz Rabikashi ("Plaintiffs") to properly serve the Summons and Petition for Review of Final Agency Action ("Petition") on defendant United States of America, Department of Agriculture Food and Nutrition Service ("Defendant").  (Docket No. 14.)  The Order warned Plaintiffs that failure to establish that they have "properly served Defendant by no later than January 23, 2023, will result in the issuance of an Order to Show Cause why this action should not be dismissed for lack of prosecution."  (Id.)  On January 25, 2023, Plaintiffs filed a proof of service of the Attorney General for the United States in Washington, D.C.  (Docket No. 15.)  However, Plaintiffs still have not filed a proof of service of the United States Attorney for this District, which is required for proper service of a United States agency, such as Defendant, under Federal Rule of Civil Procedure 4(i).  Therefore, to date, Plaintiffs have not established that they have properly served Defendant.  See Fed. R. Civ. P. 4(i).

Accordingly, the Court, on its own motion, orders Plaintiffs to show cause in writing on or before **February 2, 2023,** why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of Plaintiffs' response.  Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the Petition.

IT IS SO ORDERED.