JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAT SUPERMARKET, ET AL., | CV 22-5949 PA (AGRx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION SERVICE, | |
| Defendant. | |

Pursuant to the Court's February 14, 2023 Minute Order dismissing this action for failure to prosecute and failure to comply with a Court Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 14, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE